UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *ZANE CAGLE, individually, and in a representative capacity for all persons identified by RSMO 537.080,*     )<br>)<br>)<br>)<br>          Plaintiff-Appellee,   )<br>)<br>v.            )<br>)<br>*NHC HEALTHCARE-MARYLAND HEIGHTS, LLC, et al.*   )<br>)<br>)<br>        Defendants-Appellants.   ) | Case No.:  4:21-cv-01431-RLW |

## **ENTRY OF APPEARANCE**

On behalf of Defendants NHC HealthCare-Maryland Heights, LLC;  NHC/OP, L.P.; NHC/Delaware, Inc.; and National HealthCare Corporation (Delaware), Timothy C. Sansone of Sandberg Phoenix & von Gontard P.C. enters his appearance in this matter.

SANDBERG PHOENIX & von GONTARD P.C.

By:  */s/ Timothy C. Sansone*
     Stephen M. Strum, #37133MO
     Jamie L. Bracewell, #63659MO
     David P. Franklin, #64854MO
     600 Washington Avenue - 15th Floor
     St. Louis, MO 63101-1313
     314-231-3332; 314-241-7604 (Fax)
     sstrum@sandbergphoenix.com
     jbracewell@sandbergphoenix.com
     dfranklin@sandbergphoenix.com

     Timothy C. Sansone, #47876MO
     120 S. Central Avenue, Suite 1600
     Clayton, MO 63105
     314-725-9100; 314-725-5754 (Fax)
     tsansone@sandbergphoenix.com

     *Attorneys for Defendants-Appellants*
     *NHC HealthCare-Maryland Heights, LLC;*
     *NHC/OP, LP.; NHC/Delaware, Inc.; and*
     *National HealthCare Corporation (Delaware)*

**<u>Certificate of Service</u>**

I certify that on the 16th day of  August 2022, this document was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following:

Michael E. Campbell
Kristin Arnold
Thomas Law Offices
Mike.campbell@thomaslawoffices.com
Kristin.arnold@thomaslawoffices.com
*Attorneys for Plaintiff-Appellee*

*/s/ Timothy C. Sansone*